In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-089 CV


 ______________________


 

TRANSPORTATION INSURANCE COMPANY, Appellant



V.



HOMER LEE, Appellee






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Court Cause No. B-166,395






MEMORANDUM OPINION


 The appellant, Transportation Insurance Company, filed a motion to dismiss this
appeal. The motion is voluntarily made by the appellant prior to any decision of this Court
and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The
motion to dismiss is granted and the appeal is dismissed.



 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered April 12, 2007


Before Gaultney, Kreger, and Horton, JJ.